**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **Case No. 17-cv-1044 (RCL)** |
| **UNITED STATES ENVIRONMENTAL** | ) |
| **PROTECTION AGENCY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for an extension of approximately 30 days to, and including, August 8, 2017, to answer or otherwise respond to the Complaint in this FOIA action. As grounds for the requested extension, Defendant states as follows.

1. The complaint in this action under FOIA was filed on June 1, 2017, and, according to the docket, Defendant's deadline to answer or otherwise respond to the Complaint is July 10, 2017 (July 9, 2017, which is stated on the docket, is a Sunday).

2. Defendant requests an extension until August 8, 2017, to answer or otherwise respond to the Complaint. Because the agency counsel assigned to this matter is out of the office on pre-scheduled leave from July 3, 2017 to July 17, 2017, undersigned counsel requires additional time to confer with the agency before responding to the Complaint. The requested extension also takes into consideration commitments that undersigned counsel has in other matters during the requested extension period. Accordingly, Defendant requests an extension to August 8, 2017.

3.   Pursuant to Local Rule 7(m), Defendant, through counsel, advised Plaintiff's counsel of the relief requested in this motion and Plaintiff's counsel advises that Plaintiff does not oppose the requested extension.

4.     A proposed order is attached.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. BAR # 415793
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant