UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, )<br>)<br>Defendant. )<br>) | Case No. 17-cv-1044 (RCL) |

ORDER

Upon consideration of the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is this ____6th____ day of July 2017,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have to, and including, August 8, 2017, to answer or otherwise respond to the Complaint.

SO ORDERED.

_____
United States District Judge