UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**<br><br>**Plaintiff,**<br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)  Case No. 17-cv-1044 (RCL)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On September 6, 2017, Defendant filed an unopposed motion for an extension of time to propose a schedule to the Court in this Freedom of Information Act ("FOIA") matter and to vacate the summary judgment filing deadline of September 8, 2017, set forth in the Court's order of August 9, 2017.  Defendant requested in that motion until September 29, 2017, for the parties to propose a schedule.  That motion is still pending.

On September 29, 2017, the parties filed a status report with a proposed processing schedule in which they stated that they would file another status report on or before December 14, 2017, and requested that the Court defer setting a briefing schedule.  Accordingly, the parties, by and through undersigned counsel, provide the following update as to the status of this matter.

1.   The FOIA request at issue in the Complaint in this action is a request that EPA received on March 22, 2017, from the Center for Biological Diversity ("CBD"), that requested certain records relating to Executive Order 13778, titled "Restoring the Rule of Law, Federalism, and Economic Growth by Reviewing the 'Waters of the United States' Rule."  Specifically, the request sought:  all communications with outside parties discussing or referencing the executive

order and/or its content or development, all records discussing or referencing the Executive Order and/or its content, including but not limited to records that discuss or reference the development and/or implementation of the order or its content, all records discussing or referencing any request or authorization from EPA's Designated Agency Ethics Official for the EPA Administrator to participate in the development or implementation of the order, and all records generated by the Ethics Official and/or his office in connection with the preparation of the order and/or its content or development.  EPA assigned the request reference number EPA-HQ-2017-005166.

2. On April 19, 2017, EPA received a related request under FOIA from CBD.  That request sought: "all records that reference, discuss, and/or facilitate the repeal and/or rewrite of the rule defining the 'waters of the United States'" under the Clean Water Act, including, but not limited to, responsive records between EPA and third parties.  EPA assigned the request reference number EPA-HQ-2017-006341.

3. EPA is conducting a search to locate records responsive to both requests.  With respect to the first request (Request No. 2017-005166), which is the request at issue in this lawsuit, EPA's search has identified approximately 60,000 potentially responsive records.  The search identified approximately 30,000 additional records potentially responsive to the second request (Request No. 2017-006341).

4. On October 9, 2017, Plaintiff moved for leave to amend the Complaint to include claims under FOIA with respect to Request No. 2017-006341.  As reported in the prior status report, the parties conferred on that issue and, in light of the parties' agreement on a proposed processing schedule (as set forth in the prior status report and noted below), Defendant did not oppose Plaintiff's anticipated motion for leave to amend.  That motion remains pending before

the Court. The parties request that Defendant have 30 days to answer the amended Complaint should the motion for leave be granted.

5. With respect to a processing schedule, the parties reported in the prior status report that Defendant will endeavor to process approximately 2,000 potentially responsive records per month and to make a monthly rolling production of the processed, non-exempt records responsive to the request. Defendant made its first rolling production on November 30, 2017, consisting of 134 documents totaling approximately 1300 pages. Defendant expects to make subsequent productions on or about the last day of each following month until all non-exempt, responsive records have been produced. In light of the large number of potentially responsive records, the parties will continue to confer in an effort to prioritize and/or reduce the number of records that will require review and processing. Defendant reserves the right to seek to modify the processing schedule in the event the agreed rate of processing becomes infeasible and will confer with Plaintiff if that becomes an issue.

6. In light of the above, the parties propose that they provide a further status report to the Court on or before February 14, 2018, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528

Jeremy.Simon@usdoj.gov

Counsel for Defendant

    AND


/s/ Ryan Adair Shannon
Ryan Adair Shannon (D.C. Bar No. OR 00007)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

Counsel for Plaintiff Center for
Biological Diversity