UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, )
)
)
Plaintiff, )
v. )
)
) Case No. 17-cv-1044 (RCL)
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY, )
)
Defendant. )
)

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time to Propose Schedule to Govern Further Proceedings and to Vacate Summary Judgment Filing Deadline, and the entire record herein, it is this ___28th___ day of September 2017, *nunc pro tunc*,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the deadline of September 8, 2017 for Defendant to file its motion for summary judgment and supporting *Vaughn* Index pursuant to the Court's August 9, 2017 order is vacated and that the parties shall file a status report on or before September 29, 2017, with their respective proposals to govern further proceedings.

SO ORDERED.

_____
United States District Judge