UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CENTER FOR BIOLOGICAL DIVERSITY,   )
                                   )
                                   )
           Plaintiff,              )
     v.                            )
                                   )  Case No. 17-cv-1044 (RCL)
UNITED STATES ENVIRONMENTAL        )
   PROTECTION AGENCY,              )
                                   )
           Defendant.              )
_____)

**JOINT STATUS REPORT**

On December 14, 2017, the parties filed a status report with a proposed processing schedule in which they stated that they would file another status report on or before February 14, 2018, and requested that the Court defer setting a briefing schedule. Accordingly, the parties, by and through undersigned counsel, provide the following update as to the status of this matter.

1. The FOIA request at issue in the original Complaint in this action is a request that EPA received on March 22, 2017, from the Center for Biological Diversity ("CBD"), that requested certain records relating to Executive Order 13778, titled "Restoring the Rule of Law, Federalism, and Economic Growth by Reviewing the 'Waters of the United States' Rule." Specifically, the request sought: all communications with outside parties discussing or referencing the executive order and/or its content or development, all records discussing or referencing the Executive Order and/or its content, including but not limited to records that discuss or reference the development and/or implementation of the order or its content, all records discussing or referencing any request or authorization from EPA's Designated Agency Ethics Official for the EPA Administrator to participate in the development or implementation of

the order, and all records generated by the Ethics Official and/or his office in connection with the preparation of the order and/or its content or development. EPA assigned the request reference number EPA-HQ-2017-005166.

2. On April 19, 2017, EPA received a related request under FOIA from CBD. That request sought: "all records that reference, discuss, and/or facilitate the repeal and/or rewrite of the rule defining the 'waters of the United States'" under the Clean Water Act, including, but not limited to, responsive records between EPA and third parties. EPA assigned the request reference number EPA-HQ-2017-006341. That request was included in the First Amended Complaint filed in this matter.

3. EPA is conducting a search to locate records responsive to both requests. With respect to the first request (Request No. 2017-005166), EPA's search has identified approximately 60,000 potentially responsive records. The search identified approximately 30,000 additional records potentially responsive to the second request (Request No. 2017-006341).

4. With respect to a processing schedule, the parties reported in the prior status report that Defendant will endeavor to process approximately 2,000 potentially responsive records per month and to make a monthly rolling production of the processed, non-exempt records responsive to the request. Since the last status report, Defendant states that it has continued to process over 2,000 potentially responsive records per month for December 2017 and January 2018, respectively. By letter dated December 31, 2017, Defendant produced 277 documents totaling approximately 1400 pages and, by letter dated January 31, 2018, Defendant produced 320 documents totaling more than 3000 pages. Defendant expects to make subsequent productions on or about the last day of each following month until all non-exempt, responsive

records have been produced. Defendant reserves the right to seek to modify the processing schedule in the event the agreed rate of processing becomes infeasible and will confer with Plaintiff if that becomes an issue.

5. In light of the above, the parties propose that they provide a further status report to the Court on or before April 18, 2018, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

AND

/s/ Ryan Adair Shannon
Ryan Adair Shannon (D.C. Bar No. OR 00007)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

Counsel for Plaintiff Center for
Biological Diversity