UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**<br><br>**Plaintiff,**<br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No. 17-cv-1044 (RCL)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On August 17, 2018, the parties filed a status report updating the Court on the agency's processing of potentially responsive records. The parties stated that they would file another status report on or before September 19, 2018 and requested that the Court defer setting a briefing schedule. Accordingly, the parties, by and through undersigned counsel, provide the following update as to the status of this matter.

1. The FOIA request at issue in the original Complaint in this action is a request that EPA received on March 22, 2017, from the Center for Biological Diversity ("CBD"), that requested certain records relating to Executive Order 13778, titled "Restoring the Rule of Law, Federalism, and Economic Growth by Reviewing the 'Waters of the United States' Rule." EPA assigned the request reference number EPA-HQ-2017-005166.

2. On April 19, 2017, EPA received a related request under FOIA from CBD. That request sought: "all records that reference, discuss, and/or facilitate the repeal and/or rewrite of the rule defining the 'waters of the United States'" under the Clean Water Act, including, but not limited to, responsive records between EPA and third parties. EPA assigned the request

reference number EPA-HQ-2017-006341.  That request was included in the First Amended Complaint filed in this matter.

3. EPA conducted a search to locate records responsive to both requests.  EPA's search identified approximately 60,000 records that are potentially responsive to the first request (Request No. 2017-005166) and approximately 30,000 additional records that are potentially responsive to the second request (Request No. 2017-006341).

4. With respect to a processing schedule, the parties reported in prior status reports that Defendant will endeavor to process approximately 2,000 potentially responsive records per month and to make a monthly rolling production of processed, non-exempt records responsive to the requests.  Since the status report filed on June 18, 2018, Defendant has continued to process potentially responsive records.  Due to technical issues and an oversight, the June production was not released as scheduled.  Defendant expects to produce documents for the June production on or before October 12, 2018.  On July 31, 2018, Defendant produced approximately 450 documents, totaling approximately 1,700 pages.  On August 31, 2018, Defendant produced approximately 400 documents, totaling approximately 1,900 pages.  Defendant expects to make subsequent productions on or about the last day of each following month until all non-exempt, responsive records have been produced.  Defendant reserves the right to seek to modify the processing schedule in the event the agreed rate of processing becomes infeasible and will confer with Plaintiff if that becomes an issue.

5. In light of the above, the parties propose that they provide a further status report to the Court on or before December 19, 2018, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant

    AND


*/s/ Ryan Adair Shannon*
Ryan Adair Shannon (D.C. Bar No. OR 00007)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

Counsel for Plaintiff Center for
Biological Diversity